IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM BARLOW, | § § § | |
| *Plaintiff*, | § § | 5-20-CV-00662-RBF |
| vs. | § § § | |
| RANDY RUST,  RUST GAME PLACE, LLC, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the status of the above-referenced case, which was assigned for disposition on July 13, 2020 following the parties' consent. *See* Dkt. Nos. 6, 7 & 8. The Court is in receipt of the parties' August 13, 2020 advisory, which informs the Court that they have reached a settlement of all claims. *See* Dkt. No. 10. Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal on or before **September 15, 2020**. Should the parties require additional time to finalize their settlement agreement, they should inform the Court.

**IT IS SO ORDERED**.

SIGNED this 14th day of August, 2020.

RICHARD B.  FARRER
UNITED STATES MAGISTRATE JUDGE